AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JOSE GUTIERREZ, JUAN MONTENEGRO, NOEL BAQUEDANO, WILLIAN RODRIGUEZ, ANGEL RODRIGUEZ and HAROLD VENTURA, on behalf of themselves and others similarly situated,<br>*Plaintiff(s)*<br>v.<br>DAVINCI'S RESTAURANT & LOUNGE, CHRISTINA A. l/n/u, GEORGE l/n/u, JOSE BONILLA, and JOHN/JANE DOES 1-10,<br>*Defendant(s)* | Civil Action No.  20cv5380(GRB/AKT) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVINCI'S RESTAURANT & LOUNGE
CHRISTINA A. l/n/u
GEORGE l/n/u
JOSE BONILLA
JOHN/JANE DOES 1-10
118 Long Beach Road, Island Park, NY 11558

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monteiro & Fishman LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550
T: (516) 280-4600
F: (516) 280-4530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  11/06/2020

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*