Case 2:20-cv-05380-GRB-ARL Document 7 Filed 12/21/20 Page 1 of 5 PageID #: 62

## **AFFIDAVIT OF SERVICE**

| | | |
|---|---|---|
| State of New York | County of Kings | Us Eastern District Court |

Index Number: 20CV5380(GRB/AKT)
Date Filed: _____



DCS2020002509

Plaintiff:
**JOSE GUTIERREZ, JUAN MONTENEGRO, NOEL BAQUEDANO, WILLIAN RODRIGUEZ, ANGEL RODRIGUEZ and HAROLD VENTURA, on behalf of themselves and others similarly situated**

vs.

Defendant:
**DAVINCI'S RESTAURANT & LOUNGE, CHRISTINA A. (last name unknown), GEORGE (last name unknown), JOSE BONILLA, and JOHN/JANE DOES 1-10**

For:
MONTEIRO & FISHMAN LLP
91 N. Franklin Street
Suite 108
Hempstead, NY 11550

Received by Delta Court Service DCA#2094792-DCA on the 12th day of November, 2020 at 2:20 pm to be served on **DAVINCI'S RESTAURANT & LOUNGE, 118 LONG BEACH ROAD, ISLAND PARK, NY 11558**.

I, Victor Rawner, being duly sworn, depose and say that on the **16th day of November, 2020** at **6:05 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAIN IN A CIVIL ACTION TO AL MUHAMAD** as **SUPERVISOR/AUTHORIZED TO ACCEPT** for **DAVINCI'S RESTAURANT & LOUNGE**, at the address of: **118 LONG BEACH ROAD, ISLAND PARK, NY 11558**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: MIDDLE EASTERN, Height: 5'8", Weight: 160, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**Victor Rawner**

Delta Court Service DCA#2094792-DCA
87-67 148th Street
2nd Floor
Jamaica, NY 11435
(718) 739-3020

State of New York, County of ___Queens___ ss:
Subscribed and Sworn to before me on the _18_ day of _November_, _2020_ by the affiant who is personally known to me.

_Kathleen Rawner_
NOTARY PUBLIC

Our Job Serial Number: DCS-2020002509

KATHLEEN JENNIFER RAWNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6399729
Qualified in Nassau County
My Commission Expires 10-28-2023

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n



# AFFIDAVIT OF SERVICE

**State of New York**      **County of Kings**     **Us Eastern District Court**

Index Number: 20CV5380(GRB/AKT)
Date Filed: _____



DCS2020002510

Plaintiff:
**JOSE GUTIERREZ, JUAN MONTENEGRO, NOEL BAQUEDANO, WILLIAN RODRIGUEZ, ANGEL RODRIGUEZ and HAROLD VENTURA**, on behalf of themselves and others similarly situated

vs.

Defendant:
**DAVINCI'S RESTAURANT & LOUNGE, CHRISTINA A. (last name unknown), GEORGE (last name unknown), JOSE BONILLA, and JOHN/JANE DOES 1-10**

For:
MONTEIRO & FISHMAN LLP
91 N. Franklin Street
Suite 108
Hempstead, NY 11550

Received by Delta Court Service DCA#2094792-DCA on the 12th day of November, 2020 at 2:20 pm to be served on **CHRISTINA A. (LAST NAME UNKNOWN), 118 LONG BEACH ROAD, ISLAND PARK, NY 11558**.

I, Victor Rawner, being duly sworn, depose and say that on the **16th day of November, 2020** at **6:05 pm**, I:

Served a **SUITABLE AGE PERSON** by delivering a true copy of the **SUMMONS AND COMPLAIN IN A CIVIL ACTION** with **AL MUHAMAD SUPERVISOR/AUTHORIZED TO ACCEPT** at 118 LONG BEACH ROAD, ISLAND PARK, NY 11558.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: MIDDLE EASTERN, Height: 5'8", Weight: 160, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_Victor Rawner_
**Victor Rawner**

State of New York, County of __Queens__ ss:
Subscribed and Sworn to before me on the __18__ day of __November__, __2020__ by the affiant who is personally known to me.

_Kathleen Rawner_
NOTARY PUBLIC

Delta Court Service DCA#2094792-DCA
87-67 148th Street
2nd Floor
Jamaica, NY 11435
(718) 739-3020

Our Job Serial Number: DCS-2020002510

KATHLEEN JENNIFER RAWNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6399729
Qualified in Nassau County
My Commission Expires 10-28-2023

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n



# AFFIDAVIT OF SERVICE

| State of New York | County of Kings | Us Eastern District Court |

Index Number: 20CV5380(GRB/AKT)
Date Filed: _____



**Plaintiff:**
**JOSE GUTIERREZ, JUAN MONTENEGRO, NOEL BAQUEDANO, WILLIAN RODRIGUEZ, ANGEL RODRIGUEZ and HAROLD VENTURA**, on behalf of themselves and others similarly situated

vs.

**Defendant:**
**DAVINCI'S RESTAURANT & LOUNGE, CHRISTINA A. (last name unknown), GEORGE (last name unknown), JOSE BONILLA, and JOHN/JANE DOES 1-10**

For:
MONTEIRO & FISHMAN LLP
91 N. Franklin Street
Suite 108
Hempstead, NY 11550

Received by Delta Court Service DCA#2094792-DCA on the 12th day of November, 2020 at 2:20 pm to be served on **GEORGE (LAST NAME UNKNOWN), 118 LONG BEACH ROAD, ISLAND PARK, NY 11558**.

I, Victor Rawner, being duly sworn, depose and say that on the **16th day of November, 2020** at **6:05 pm**, I:

Served a **SUITABLE AGE PERSON** by delivering a true copy of the **SUMMONS AND COMPLAIN IN A CIVIL ACTION** with **AL MUHAMAD SUPERVISOR/AUTHORIZED TO ACCEPT** at **118 LONG BEACH ROAD, ISLAND PARK, NY 11558**.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: MIDDLE EASTERN, Height: 5'8", Weight: 160, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State of New York, County of _Queens_ ss:
Subscribed and Sworn to before me on the _18_ day of _November_, _2020_ by the affiant who is personally known to me.

_Kathleen Rawner_
NOTARY PUBLIC

**Victor Rawner**

Delta Court Service DCA#2094792-DCA
87-67 148th Street
2nd Floor
Jamaica, NY 11435
(718) 739-3020

Our Job Serial Number: DCS-2020002511

KATHLEEN JENNIFER RAWNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6399729
Qualified in Nassau County
My Commissio Expires 10-28-2023

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n



# AFFIDAVIT OF MAILING

DELTA COURT SERVICE
87-67 148TH STREET
JAMAICA, NY 11435
DCA LICENSE# 2084432

**STATE OF NEW YORK**
**COUNTY OF KINGS**
**CASE # 20CV5380(GRB)(AKT)**

**JOSE GUTIERREZ, JUAN MONTENEGRO, NOEL BAQUEDANO, WILLIAN RODRIGUEZ, ANGEL RODRIGUEZ and HAROLD VENTURA**, on behalf of themselves and others similarly situated

-PLAINTIFF

vs.

**DAVINCI'S RESTAURANT & LOUNGE, CHRISTINA A. (last name unknown), GEORGE (last name unknown), JOSE BONILLA, and JOHN/JANE DOES 1-10**

-DEFENDANTS

STATE OF NEW YORK, COUNTY OF QUEENS

**KATHLEEN RAWNER**, BEING DULY SWORN, DEPOSES AND SAYS THAT DEPONENT IS NOT A PARTY TO THIS ACTION, IS OVER 18 YEARS OF AGE AND RESIDES IN THE STATE OF NEW YORK.

ON **11/17/2020** DEPONENT ENCLOSED A COPY OF THE WITHIN **SUMMONS AND COMPLAIN IN A CIVIL ACTION** IN A POSTPAID SEALED WRAPPER PROPERLY ADDRESSED TO **CHRISTINA A.** AT THE ADDRESS OF **118 LONG BEACH ROAD, ISLAND PARK, NEW YORK 11558.** DEPOSITED SAID WRAPPER IN A POST OFFICE OF THE UNITED STATES POSTAL SERVICE TO BE MAILED BY FIRST CLASS MAIL. MARKED PERSONAL AND CONFIDENTIAL.

SWORN TO BEFORE ME ON

11-17-2020

_Kathleen Rawner_
**KATHLEEN RAWNER**

VICTOR RAWNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6399727
Qualified in Nassau County
My Commission Expires 10-28-2023

# AFFIDAVIT OF MAILING

DELTA COURT SERVICE
87-67 148TH STREET
JAMAICA, NY 11435
DCA LICENSE# 2084432

**STATE OF NEW YORK**
**COUNTY OF KINGS**
**CASE # 20CV5380(GRB)(AKT)**

**JOSE GUTIERREZ, JUAN MONTENEGRO, NOEL BAQUEDANO, WILLIAN RODRIGUEZ, ANGEL RODRIGUEZ and HAROLD VENTURA**, on behalf of themselves and others similarly situated

-PLAINTIFF

vs.

**DAVINCI'S RESTAURANT & LOUNGE, CHRISTINA A. (last name unknown), GEORGE (last name unknown), JOSE BONILLA, and JOHN/JANE DOES 1-10**

-DEFENDANTS

---

STATE OF NEW YORK, COUNTY OF QUEENS

**KATHLEEN RAWNER**, BEING DULY SWORN, DEPOSES AND SAYS THAT DEPONENT IS NOT A PARTY TO THIS ACTION, IS OVER 18 YEARS OF AGE AND RESIDES IN THE STATE OF NEW YORK.

ON **11/17/2020** DEPONENT ENCLOSED A COPY OF THE WITHIN **SUMMONS AND COMPLAIN IN A CIVIL ACTION** IN A POSTPAID SEALED WRAPPER PROPERLY ADDRESSED TO **GEORGE** AT THE ADDRESS OF **118 LONG BEACH ROAD, ISLAND PARK, NEW YORK 11558.** DEPOSITED SAID WRAPPER IN A POST OFFICE OF THE UNITED STATES POSTAL SERVICE TO BE MAILED BY FIRST CLASS MAIL. MARKED PERSONAL AND CONFIDENTIAL.

SWORN TO BEFORE ME ON
11-17-2020

VICTOR RAWNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6399727
Qualified in Nassau County
My Commission Expires 10-28-2023

KATHLEEN RAWNER