UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
JOSE GUTIERREZ, JUAN MONTENEGRO,
NOEL BAQUEDANO, WILLIAN RODRIGUEZ,
ANGEL RODRIGUZ and HAROLD VENTURA,
on behalf of themselves and others similarly situated,

                    20-cv-5380 (GRB/AKT)

       Plaintiff,

  -vs-

                    **NOTICE OF APPEARANCE**

DAVINCI'S RESTAURANT & LOUNGE,
CHRISTINA A. 1/n/u, GEORGE 1/N/U, JOSE
BONILLA, and JOHN/JANE 1-10,

       Defendants.
---------------------------------------------------------------------X

   **PLEASE TAKE NOTICE THAT,** I, Stephen D. Hans, of the law firm of Stephen D. Hans & Associates, P.C., hereby appear as lead counsel for defendants DAVINCI'S RESTAURANT & LOUNGE, CHRISTINA A., JOSE BONILLA, and JAVED ALI in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated: Long Island City, New York
     January 19, 2021

                STEPHEN D. HANS & ASSOCIATES, P.C.

                By: **/s/Stephen D. Hans**
                   Stephen D. Hans (SH-0798)
                   30-30 Northern Blvd, Suite 401
                   Long Island City, New York 11101
                   Tel: 718.275.6700
                   Fax: 718.275.6704
                   Email: shans@hansassociates.com