UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE GUTIERREZ, JUAN MONTENEGRO, NOEL BAQUEDANO, WILLIAN RODRIGUEZ, ANGEL RODRIGUEZ, and HAROLD VENTURA *on behalf of themselves and others similarly situated*,

                      Plaintiffs,

      - against -

DAVINCI'S RESTAURANT AND LOUNGE, CHRISTINA A. *l/n/u*, GEORGE *l/n/u*, JOSE BONILLA, and JOHN/JANE DOES 1-10,

                      Defendants.
----------------------------------------------------------------X

**ORDER**

CV 20-5380 (GRB) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Due to a change in the Court's calendar, the initial conference scheduled for July 6, 2021 will begin at **2:30 p.m.** instead of 10 a.m. as originally scheduled. The initial conference will also be conducted by video utilizing Cisco Webex. At the time of the conference, counsel are directed to click the following browser link from a laptop, desktop, tablet or any device equipped with a camera and microphone/speakers:

https://us-courts.webex.com/us-courts/j.php?MTID=m25b8115d055731ce864f781f7339fc26.

      You will then be prompted to choose whether you will join the meeting from the Cisco Webex application or your internet browser. The conference may be accessed using either option. If you have not already downloaded the "Cisco Webex Meetings" application and intend to use it, please be sure to download the application in advance. The application is available to download for free on Cisco Webex's website.

**SO ORDERED.**

Dated: Central Islip, New York
      June 30, 2021

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge