

**Monteiro & Fishman** LLP
ATTORNEYS AT LAW

Main Office:
91. N. Franklin Street
Suite 108
Hempstead, New York 11550
Tel.: 516/280.4600
Fax: 516/280.4530
MFLawNY.com

Marcus Monteiro
516/280.4600 ext. 106
mmonteiro@mflawny.com

February 22, 2022

**VIA ECF**
The Honorable Judge Arelene R.Lindsay
United States Magistrate Judge
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

      RE:    *Gutierrez et al. v. Davinici's Restaurant et al.*
               Civ. No.: 20-05380

Dear Judge Lindsay:

      This firm represents Plaintiffs in the above FLSA case. Counsel has attempted, on multiple occasions, to contact Mr. Stephen Hans, attorney for Defendant Davinci Restaurant & Lounge.

      Plaintiffs will continue to attempt to communicate with Mr. Hans and respectfully request a one-day adjournment to submit the joint status letter, tomorrow February 23, 2022.

      The Parties jointly thank the Court for considering this request.

Very truly yours,

/s/
Marcus Monteiro

MM/nc