

Main Office:
91. N. Franklin Street
Suite 108
Hempstead, New York 11550
Tel.: 516/280.4600
Fax: 516/280.4530
MFLawNY.com

Marcus Monteiro
516/280.4600 ext. 106
mmonteiro@mflawny.com

February 23, 2022

**VIA ECF**
The Honorable Judge Arelene R.Lindsay
United States Magistrate Judge
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

      RE:    *Gutierrez et al. v. Davinici's Restaurant et al.*
               Civ. No.: 20-05380

Dear Judge Lindsay:

      This firm represents Plaintiffs in the above FLSA case. Please allow this letter to serve as a Joint Status Report of the parties. The parties have engaged in preliminary settlement talks but have been unable to resolve this dispute. At this time, the parties request permission to submit a proposed discovery schedule or for the court to set a discovery end date. Additionally, Defendants consent to Plaintiffs filing an Amended Complaint to include the correct names of Defendants, which shall include Christina Bouzales, George Bouzales, and Javed Ali. As such, Plaintiffs request permission to file an Amended Complaint.

      Additionally, Defendants Christina Bouzales, and George Bouzales have recently switched counsel. Plaintiffs and incoming counsel have had productive conversations. The parties will agree to continue settlement discussions and may request a mediation referral if the parties believe that such mediation would be helpful in the future.

      The parties thank the court for considering the request made herein.

      Very truly yours,

      /s/
      Marcus Monteiro