

ATTORNEYS AT LAW

Main Office:
91. N. Franklin Street
Suite 108
Hempstead, New York 11550
Tel.: 516/280.4600
Fax: 516/280.4530
MFLawNY.com

Marcus Monteiro
516/280.4600 ext. 106
mmonteiro@mflawny.com

February 28, 2022

**VIA ECF**
The Honorable Judge Arelene R.Lindsay
United States Magistrate Judge
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

      RE:    *Gutierrez et al. v. Davinici's Restaurant et al.*
                Civ. No.: 20-05380

Dear Judge Lindsay:

      This firm represents Plaintiffs in the above FLSA case. Please allow this letter to serve as a Joint Status Report of the parties. The parties have engaged in preliminary settlement talks but have been unable to resolve this dispute. At this point, **the Parties believe that mediation is not viable at this time,** and that further discovery is needed in order for a potential mediation session to be productive. Currently, only the discovery Ordered pursuant to the Court's FLSA Order has been exchanged. As such, the Parties propose the following discovery schedule:

      i.     The Parties to served discovery demands by 3/15/2022;
      ii.    The Parties to respond to discovery demands by 5/15/2022;
      iii.   The Parties to end fact discovery by 6/15/2022.

      The Parties believe that mediation may be productive only after the above discovery is exchanged. The Parties may request a mediation referral if the parties believe that such mediation would be helpful in the future.

      The parties thank the court for considering the request made herein.

                                              Very truly yours,

                                              /s/
                                            Marcus Monteiro