UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   INDEX NO: 20-cv-5380
JOSE GUITERREZ, JUAN MONTENEGRO,
NOEL BAQUEDANO, WILLIAM RODRIGUEZ,
ANGEL RODRIGUEZ, HAROLD VENTURA,
On behalf of themselves and others similar situated

                                     Plaintiffs,       NOTICE OF APPEARANCE

-against-

DAVINCI'S RESTAURANT & LOUNGE, CHRISTINA A.
BOUZALAS ,GEORGE BOUZELA, JOSE BONILLA and
JAVED ALI, ABC CORP DBA DA VINCI'S

                                     Defendants
-------------------------------------------------------------------------X

PLEASE BE ADVISED THAT Stephen C. Dachtera Esq., duly admitted in the Eastern District of New York of 101-05 Lefferts Boulevard, Richmond Hill, New York 11419 appears on behalf of the defendants Javed Ali and ABC Corp. D/b/a Davinci's Restaurant and Lounge in the above entitled action herein.

Dated: June 7, 2022

                                                      Stephen C. Dachtera, Esq.
                                                      101-05 Lefferts Boulevard
                                                      Richmond Hill, N.Y 11419
                                                      718-849-7272