UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:     ARLENE R. LINDSAY     DATE: 6/27/2022
                United States Magistrate Judge
                                                         TIME: 12:30 p.m.

**DOCKET NO: 20-5380 (GRB)**

**CASE: Gutierrez et al v. Davinci's Restaurant & Lounge et al**

\_\_\_ INITIAL CONFERENCE
_X_ STATUS CONFERENCE
\_\_\_ SCHEDULING CONFERENCE          BY TELEPHONE _X_
\_\_\_ SETTLEMENT CONFERENCE
\_\_\_ FINAL CONFERENCE
\_\_\_ FAIRNESS HEARING

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|---|
| | Marcus Monteiro | Stephen D. Hans |
| | | (for Davinci's, Bouzalas, Bonilla) |
| | | Stephen Dachtera |
| | | (for Ali, ABC Corp.) |

**The following rulings were made:**

      Defense counsel Hans and Dachtera shall file a substitution of counsel on or before July 8, 2022. For the reasons set forth on the record, plaintiffs' counsel is awarded attorney's fees incurred in connection with the application of June 14, 2022. A revised schedule extending discovery for 60 days will issue upon receipt of the substitution of counsel and the matter will be referred to mediation.

**SO ORDERED:**
                              /s/