UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X   INDEX NO: 20-cv-5380
JOSE GUITERREZ, JUAN MONTENEGRO,
NOEL BAQUEDANO, WILLIAM RODRIGUEZ,
ANGEL RODRIGUEZ, HAROLD VENTURA,
On behalf of themselves and others similar situated

                                          Plaintiffs,    STIPULATION OF SUBSTITUTION
                                                              OF COUNSEL
-against-

DAVINCI'S RESTAURANT & LOUNGE, CHRISTINA A.
BOUZALAS ,GEORGE BOUZELAS. JOSE BONILLA and
JAVED ALI, ABC CORP DBA DA VINCI'S

                                          Defendants
---------------------------------------------------------------X

       PLEASE BE ADVISED THAT its stipulated between the undersigned herein that Stephen C. Dachtera Esq., duly admitted in the Eastern District of New York at 101-05 Lefferts Boulevard, Richmond Hill, New York 11419 appears and shall be substituted as incoming counsel on behalf of the defendants Davinci's Restaurant & Lounge, Christina Bouzelas, Jose Bonilla and George Bouzelas for outgoing and former counsel for such defendants Stephen Hans Esq. in the above entitled action herein. It is also acknowledged by the undersigned herein that Stephen C. Dachtera Esq is counsel for the remaining defendants Javed Ali and ABC Corp. D/B/A Da Vinci's.

Dated: June 27, 2022

                                                      Stephen Hans Esq.
                                                      30-30 Northern Boulevard Suite 401
                                                      Long Island City, New York, 11101
                                                      (718) 275-6700
                                                      Outgoing Counsel

                                                      Stephen C. Dachtera, Esq.
                                                      101-05 Lefferts Boulevard
                                                      Richmond Hill, N.Y 11419
                                                      718-849-7272
                                                      Incoming Counsel