

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

July 8, 2022

**VIA ECF**

Magistrate Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

Re: **Jose Gutierrez et al v. Davinci's Restaurant & Lounge et al, Case No. 20-cv-5380 (GRB/ARL)**

Dear Magistrate Lindsay,

I previously represented the Defendants in this matter.

During the later part of 2021, I was in regular contact with Mr. Monteiro who is an extremely cordial and courteous attorney. After a Court conference with Magistrate Tomlinson's clerk, a Discovery schedule was set. I spent considerable time trying to get my client's cooperation in complying with the Discovery.

Shortly before I was about to finalize this matter, my client's informed me that they did not want me to take any further action and would not cooperate with me.

I immediately notified Mr. Monteiro and sent my request to be relieved to the Court. The Court noted that there were service issues since one of the Defendant's address I did not have and I served him by email.

Simultaneously, the client's hired Mr. Dachtera who informed me he would be taking over. The clients at that time would not ever return my calls. I spoke to Mr. Monteiro in 2021 and informed him I have been substituted.

  What I did not realize, and I should have, is that Mr. Dachtera was not formally admitted to the Court and the substitution would take longer than I anticipated.

  I actually believed that Mr. Monteiro was dealing with Mr. Dachtera directly.  Had I thought for a minute that Mr. Dachtera had not made sure he was the official attorney representing the Defendants I would have reacted appropriately.

  My history with the Court is pristine.  I have never been sanctioned, I served as a member of the NYS Appellate Division Grievance Committee for eight years appointed by the Chief Judge of New York.

  My practice is over 40 years and without a blemish as a result of my dedication to the principles that we as lawyers must abide by.

  I am admitting to not being diligent in following up on Mr. Dachtera.  I did not delay this case.  I actually completed the discovery demands in August 2021 but when the client's refused to cooperate, I did not serve them.

  I have many open cases before this Court before many Judges and Magistrates.  I have never been criticized or held in default because I did not respond or file a document timely.

  I also had a great relationship with Mr. Monteiro.  I believe his is a good lawyer and I wanted to cooperate and hopefully have this case settled in mediation.

  I apologize to the Court and Mr. Monteiro for not following up on this discovery.  I respectfully request that I am not be subjected to a portion of the $16,000 itemized legal fees to counsel.

            Respectfully Submitted,

             /s/Stephen D. Hans
            Stephen D. Hans (SH-0798)
            30-30 Northern Boulevard, Suite 401
            Long Island City, NY 11101
            Tel: 718-275-6700