**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

**BEFORE: ARLENE R. LINDSAY**
**United States Magistrate Judge**

**DATE: 11/17/2022**

**TIME: 11:00 a.m.**

**DOCKET NO: 20-cv-05380-GRB-ARL**

**CASE: Gutierrez et al v. Davinci's Restaurant & Lounge et al**

**___ INITIAL CONFERENCE**
**___ STATUS CONFERENCE**
**___ SCHEDULING CONFERENCE** **BY TELEPHONE X**
**___ SETTLEMENT CONFERENCE**
**X FINAL CONFERENCE**
**___ MOTION HEARING**

| **APPEARANCES:** | **FOR PLAINTIFF:** | **FOR DEFENDANTS:** |
|---|---|---|
| | **Marcus Monteiro** | **Stephen Dachtera** |

**The following rulings were made:**

**In violation of the District Court's rules governing pre-trial orders, counsel submitted separate pre-trial orders which are rejected. Notwithstanding that the date to complete all discovery expired on October 7, 2022, counsel reported that discovery remained outstanding. Accordingly, by December 8, 2022, counsel shall exchange a specific itemized list of any outstanding discovery. On or before December 15, 2022, counsel must meet and confer in person to discuss the discovery issues outlined in those lists. If a location cannot be agreed upon for the meeting it should be held at the Courthouse. Following that meet and confer, counsel shall submit by December 22, 2022, a joint letter outlining any outstanding discovery issues setting forth any specific objections. In light of the history of this case counsel are forewarned that failure to comply with this Order may result in sanctions.**

**SO ORDERED:**

/s/