UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE GUTIERREZ, JUAN MONTENEGRO,
NOEL BAQUEDANO, WILLIAM
RODRIGUEZ, ANGEL RODRIGUEZ and
HAROLD VENTURA, on behalf of themselves
and other similarly situated,

                       Plaintiffs,

                - against -

DAVINCI'S RESTAURANT & LOUNGE,
CHRISTINA BOUZALAS, GEORGE
BOUZALAS, JOSE BONILLA, JAVED ALI and
ABC CORP. d/b/a DAVINCI'S RESTAURANT
& LOUNGE

                    Defendants.
-------------------------------------------------------------X

Case No.: 20-cv-5380 (GRB)(ARL)

**SUBSTITUTION OF ATTORNEY**

**IT IS HEREBY STIPULATED AND CONSENTED** that MILMAN LABUDA LAW GROUP, PLLC, with offices at 3000 Marcus Avenue, Suite 3W8, Lake Success, New York 11042, be and hereby are substituted in place and instead of STEPHEN C. DACHTERA, ESQ., with offices at 101-05 Lefferts Blvd., Suite 208, Richmond Hill, NY 1419, as attorneys for Defendants, Christina Bouzalas, George Bouzalas, and Jose Bonilla, in the above-entitled action and that this substitution be entered into effect without further notice.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

- THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK -

Dated: Lake Success, New York
November 21, 2022

Dated: Richmond Hill, New York
November ___, 2022

**MILMAN LABUDA LAW GROUP PLLC**

By: _[signature]_
    Richard I. Milman, Esq.
    Matthew A. Brown, Esq.
    Kyle F. Monaghan, Esq.
    3000 Marcus Avenue, Suite 3W8
    Lake Success, NY 11042-1073
    (516) 328-8899 (office)
    (516) 328-0082 (facsimile)
    rich@mmmlaborlaw.com
    matt@mllaborlaw.com
    kyle@mllaborlaw.com

*Superseding Attorneys for
Defendants Christina Bouzalas,
George Bouzalas, and Jose Bonilla*

CHRISTINA BOUZALAS

By: _[signature]_
    Christina Bouzalas

GEORGE BOUZALAS

By: _[signature]_
    George Bouzalas

JOSE BONILLA

By: _[signature]_
    Jose Bonilla

**STEPHEN C. DACHTERA, ESQ.**

By: _[signature]_
    Stephen C. Dachtera, Esq.
    101-05 Lefferts Blvd., Suite 208
    Richmond, NY 11419
    (718) 849-7272 (office)
    Rkrome68@yahoo.com

*Withdrawing Attorney for
Defendants Christina Bouzalas,
George Bouzalas, and Jose Bonilla*

So Ordered:


Hon. Gary R. Brown