UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE GUTIERREZ, JUAN MONTENEGRO,
NOEL BAQUEDANO, WILLIAM
RODRIGUEZ, ANGEL RODRIGUEZ and
HAROLD VENTURA, on behalf of themselves
and other similarly situated,

Case No.: 20-cv-5380 (GRB)(ARL)

       Plaintiffs,

   - against -

DAVINCI'S RESTAURANT & LOUNGE,
CHRISTINA BOUZALAS, GEORGE
BOUZALAS, JOSE BONILLA, JAVED ALI and
ABC CORP. d/b/a DAVINCI'S RESTAURANT
& LOUNGE

       Defendants.
-------------------------------------------------------------X

## NOTICE OF APPEARANCE OF KYLE F. MONAGHAN, ESQ. FOR DEFENDANTS CHRISTINA BOUZALAS, GEORGE BOUZALAS AND JOSE BONILLA

  PLEASE TAKE NOTICE that Kyle F. Monaghan, Esq. hereby appears as counsel for Defendants CHRISTINA BOUZALAS, GEORGE BOUZALAS and JOSE BONILLA. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
   November 28, 2022

                **MILMAN LABUDA LAW GROUP PLLC**

                /s Kyle F. Monaghan, Esq.
                Kyle F. Monaghan, Esq
                3000 Marcus Avenue, Suite 3W8
                Lake Success, NY 11042-1073
                (516) 328-8899 (office)
                (516) 328-0082 (facsimile)
                kyle@mllaborlaw.com