**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOSE GUTIERREZ, JUAN MONTENEGRO,
NOEL BAQUEDANO, WILLIAN RODRIGUEZ,
ANGEL RODRIGUEZ and HAROLD VENTURA,
on behalf of themselves and others similarly
situated,

                Plaintiffs,

  - against -                                        **JUDGMENT**
                                                                 CV 20-5380 (GRB) (ARL)

DAVINCI'S RESTAURANT & LOUNGE,
CHRISTINA BOUZALAS, GEORGE BOUZALAS,
JOSE BONILLA, JAVED ALI, and ABC CORP. d/b/a
DAVINCI'S RESTAURANT & LOUNGE,

                Defendants.
------------------------------------------------------------------X

      A Notice of Acceptance of Offers of Judgment having been filed by Plaintiffs Noel Baquedano, Jose Gutierrez, Juan Montenegro, and Harold Ventura on December 19, 2022, accepting Defendants' Christina Bouzalas, George Bouzalas, Jose Bonilla, and Bell Blvd. Delight Corp., dba DaVinci's ("Defendants") December 8, 2022 offers to allow entry of judgment against Defendants and in favor of each Plaintiff Noel Baquedano, Jose Gutierrez, Juan Montenegro, and Harold Ventura, respectively, in the amount of $9,000.00, inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims against Defendants to the date of the offers; and an Order of the Honorable Gary R. Brown, having been filed on January 6, 2023, directing the Clerk to enter judgment pursuant to the offers of judgment filed and to close this case, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of each Plaintiff Noel Baquedano Jose Gutierrez, Juan Montenegro, and Harold Ventura in the amount of $9,000.00,

respectively, for a total judgment of $36,000, and against Defendants Christina Bouzalas, George Bouzalas, Jose Bonilla, and Bell Blvd. Delight Corp., dba DaVinci's, inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims against Defendants to the date of the offer.

Dated: January 10, 2023
      Central Islip, New York

                                               BRENNA B. MAHONEY
                                               CLERK OF COURT

                               By:    /s/ James J. Toritto
                                        Deputy Clerk