**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOSE GUTIERREZ, JUAN MONTENEGRO,
NOEL BAQUEDANO, WILLIAN RODRIGUEZ,
ANGEL RODRIGUEZ and HAROLD VENTURA,
on behalf of themselves and others similarly
situated,

                Plaintiffs,

  - against -                                                                **JUDGMENT**
                                                                          CV 20-5380 (GRB) (ARL)

DAVINCI'S RESTAURANT & LOUNGE,
CHRISTINA BOUZALAS, GEORGE BOUZALAS,
JOSE BONILLA, JAVED ALI, and ABC CORP. d/b/a
DAVINCI'S RESTAURANT & LOUNGE,

                Defendants.
------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff Noel Baquedano on December 20, 2022, accepting Defendants' Javed Ali and ABC Corp. d/b/a Davinici's Restaurant and Lounge ("Defendants") December 12, 2022 offer to allow entry of judgment against them in the amount of $14,300.00, inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiff Noel Baquedano in litigating his claims against Defendants to the date of the offer; and a Notice of Acceptance of Offers of Judgment having been filed by Plaintiffs Harold Ventura, Juan Montenegro, William Rodriguez, and Jose Gutierrez on December 22, 2022, accepting Defendants' December 22, 2022 offer to allow entry of judgment against them in favor of each Plaintiff Juan Montenegro, William Rodriguez and Jose Gutierrez in the amount of $14,300.00, respectively, and in favor of Plaintiff Harold Ventura in the amount of $22,800.00, inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims against Defendants to the date of

the offer; and an Order of the Honorable Gary R. Brown, having been filed on January 6, 2023, directing the Clerk to enter judgment pursuant to the offers of judgment filed and to close this case, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Noel Baquedano in the amount of $14,300.00, in favor of Plaintiff Juan Montenegro in the amount of $14,300.00, in favor of Plaintiff William Rodriguez in the amount of $14,300.00, in favor of Plaintiff Jose Gutierrez in the amount of $14,300.00 and in favor of Plaintiff Harold Ventura in the amount of $22,800.00, for a total judgment of $80,000.00, and against Defendants Javed Ali and ABC Corp. d/b/a Davinici's Restaurant and Lounge, inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims against Defendants to the date of the offer.

Dated: January 10, 2023
       Central Islip, New York

                                            BRENNA B. MAHONEY
                                            CLERK OF COURT

                               By:    /s/ James J. Toritto
                                          Deputy Clerk